UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jordan SPRINGS,<br><br>                               Plaintiff,<br><br>v.<br><br>R. RABER,<br><br>                               Defendants. | Case No.:  21-cv-862-MMA-AGS<br><br>**ORDER REQUIRING JOINT DISCOVERY PLAN** |

By **December 23, 2021**, the parties must provide the Court with a Joint Discovery Plan ("the Plan"). The Plan must be filed on the CM/ECF system and lodged with Magistrate Judge Schopler by emailing it to efile_Schopler@casd.uscourts.gov. Because defendant raised the issue of failure to exhaust, the Plan should offer a brief schedule to adjudicate that issue before moving on to general discovery. *See Albino v. Baca*, 747 F.3d 1162, 1170 (9th Cir. 2014) ("Exhaustion should be decided, if feasible, before reaching the merits of a prisoner's claim."). The Plan must identify if good cause exists to modify the Court's tentative schedule of deadlines, which is as follows:

| CASE MANAGEMENT SCHEDULE | |
|---|---|
| Event | Deadline |
| Defense Counsel Receiving and Serving All Grievances on File at the Institution | January 7, 2022 |
| Plaintiff's Deposition, not limited solely to issues of exhaustion | February 4, 2022 |
| Any Motions Concerning Exhaustion or Requests for *Albino* Hearing | February 18, 2022 |
| Motions to Amend | March 4, 2022 |
| Expert Witness Designations and Disclosures | May 27, 2022 |
| Rebuttal Expert Witness Designations and Disclosures | July 1, 2022 |
| Fact Discovery Completion | July 29, 2022 |
| Expert Discovery Completion | July 29, 2022 |
| MSC Statements | August 1, 2022 |
| Mandatory Settlement Conference | August 10, 2022, at 9:00 a.m. |
| Pretrial Motions | August 26, 2022 |
| Rule 26(a)(3) Disclosures | December 9, 2022 |
| Meet and Confer on the PTO | December 16, 2022 |
| Draft PTO to Defense Counsel | December 23, 2022 |
| Lodge PTO | December 30, 2022 |
| Final Pretrial Conference | January 9, 2023, at 2:30 p.m. |

Dated: November 22, 2021

_____
Hon. Andrew G. Schopler
United States Magistrate Judge