UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN SPRINGS, CDCR #AS-6800,<br><br>                                 Plaintiff,<br>v.<br><br>CORRECTIONAL OFFICER RABER,<br><br>                                Defendant. | Case No.: 21-cv-862-MMA (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 45] |

      On November 8, 2022, Plaintiff Jordan Springs and Defendant Correctional Officer Raber filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice.  Each party shall bear his own costs and fees.  The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and hearings and close this case.

      **IT IS SO ORDERED**.

Dated:  November 8, 2022

                                                            HON. MICHAEL M. ANELLO
                                                            United States District Judge